■ NANETTE LA ROSA, Respondent-Appellant, v HENRY LA ROSA, Appellant-Respondent.—Order of the Supreme Court, Nassau County, dated April 15, 1985, affirmed, without costs or disbursements, for reasons stated in the memorandum decision of Justice Christ at Special Term. Lazer, J. P., Mangano, Gibbons and Bracken, JJ., concur.